PATRICK H. HICKS, ESQ., Bar #4632
BRUCE C. YOUNG, ESQ., Bar #5560
JAMIE CHU, ESQ., Bar #10546
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH A. WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>TOWNE PARK, LTD & ASSOCIATES,<br><br>    Defendant. | Case No. 2:10-cv-01221-RLH-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    Plaintiff KENNETH A. WEBB, represented pro se, and Defendant TOWNE PARK, LTD, represented by its counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) to dismiss, with prejudice, all causes of action asserted in this lawsuit by Plaintiff KENNETH WEBB against TOWNE PARK, LTD.

    Accordingly, the parties stipulate to and respectfully request an order dismissing this action in its entirety with prejudice as to all parties named herein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and acknowledge that each party shall bear their own costs and attorneys fees for the claims and causes of action dismissed by this stipulation and order.

Dated: November ___, 2010

Respectfully submitted,

_____
PATRICK H. HICKS, ESQ.
BRUCE C. YOUNG, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON

Attorneys for Defendant

Dated: November ___, 2010

Respectfully submitted,

_____
KENNETH A. WEBB

Pro Se Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED: November 2, 2010

_____
UNITED STATES DISTRICT JUDGE

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169. On November 1, 2010, I served the within document(s):

**DEFENDANT TOWNE PARK, LTD'S MOTION TO TELEPHONICALLY APPEAR AT EARLY NEUTRAL EVALUATION SESSION**

☒ By CM/ECF Filing – with the United States District Court of Nevada, a copy of the Court's notification of e-filing is attached to the hard copy for either faxing, mailing, overnight delivery, and/or hand-delivery.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

Kenneth A. Webb
1350 E. Flamingo Road, #3136
Las Vegas, NV 89119

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2010, at Las Vegas, Nevada.

Erin J. Beckman